# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 15-0079-SS-1 | | Date | March 17, 2015 |
|---|---|---|---|---|

| Present: The Honorable | Suzanne H. Segal, United States Magistrate Judge |
|---|---|
| Interpreter | None |

| Marlene Ramirez | CS 3/17/15 | Alexander Baier Schwab |
|---|---|---|
| Deputy Clerk | Court Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Conrad Hughes Hilton | X | | X | Robert Leslie Shapiro | X | | X |

**Proceedings: ENTRY OF PLEA HEARING**

    Case called. Counsel make their appearance. Defendant Conrad Hughes Hilton is present. Defendant is sworn and states true name is Conrad Hughes Hilton. Defendant is questioned regarding his plea. Defendant enters a guilty plea to the single-count information charging him with a violation of Title 49 U.S.C. 46506 and 18 U.S.C. section 113(a)(5), a Class B misdemeanor, Application of Certain Criminal Laws to Acts on Aircraft and Simple Assault Within Maritime and Territorial Jurisdiction.

    The Court finds that the plea of guilty has been freely and voluntarily made; defendant understands the nature of the charges and the consequences of the plea; and there is a factual basis for the plea. The plea agreement is also accepted by the Court. Therefore, defendant's plea of guilty is accepted. Defendant advised of his right concerning appeal.

    The case is referred to the Probation Office for a Pre-Sentence Report. This case is continued for sentencing on July 10, 2015, at 3:00 p.m. in Courtroom 23, 312 North Spring Street, Los Angeles before Magistrate Judge Suzanne H. Segal.

    cc: Probation Office

| | 00 : 20 |
|---|---|
| Initials of Deputy Clerk | mr |